Case 2:19-cv-00371   Document 14   Filed on 01/10/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARDELL NELSON, | § § § § | |
| Plaintiff, | | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00371 |
| LORI DAVIS, *et al.*, | § § § § | |
| Defendants. | | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTION TO REINSTATE**

On December 3, 2021, United States Magistrate Judge Jason B. Libby issued a "Memorandum and Recommendation to Deny Plaintiff's Motion to Reinstate" (M&R, D.E. 13). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 13), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge.  Accordingly, the Motion to Reinstate (D.E. 11) is construed as a Rule 59(e) motion and is **DENIED**.

ORDERED on January 10, 2022.

                                                                          *Nelva Gonzales Ramos*
                                                                          NELVA GONZALES RAMOS
                                                                          UNITED STATES DISTRICT JUDGE